

EARL & ASSOCIATES
attorneys at law

ACCEPTED
15-24-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/13/2025 3:56 PM
CHRISTOPHER A. PRINE
CLERK

DAVID L. EARL
*ATTORNEY AT LAW/SHAREHOLDER*
JOHNATHAN L. EARL
*ATTORNEY AT LAW/SHAREHOLDER*
JEFFREY C. EARL
*ATTORNEY AT LAW/SHAREHOLDER*

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/13/2025 3:56:01 PM
CHRISTOPHER A. PRINE
Clerk

June 13, 2025

Fifteenth Court of Appeals
William P. Clements Buildings
300 W. 15th Street, Ste. 607
Austin, Texas 78701

RE:    Cause No. 15-24-00011-CV, *City of Kyle, Texas v. The State of Texas, ex rel. 1200 S. Old Stagecoach Road, LLC,* in the Fifteenth Court of Appeals

Dear Clerk of the Court:

Regarding the above-referenced matter, please be advised that the attorneys listed below will be unavailable for depositions, hearings, settings, or trials on the dates indicated:

David L. Earl:         June 16, 2025, through June 19, 2025; and
                       August 15, 2025, through August 23, 2025.
Johnathan L. Earl:     August 15, 2025, through August 23, 2025.

Please do not hesitate to contact us with any questions or concerns.

                          Sincerely,

                          By: */s/ David L. Earl*
                          David L. Earl
                          State Bar No. 06343030
                          As Special Asst.
                          Criminal District Attorney
                          Hays County, Texas
                          dearl@earl-law.com
                          Johnathan L. Earl
                          State Bar No. 24127894
                          As Special Asst.
                          Criminal District Attorney
                          Hays County, Texas
                          john@earl-law.com
                          10007 Huebner Rd., Suite 303
                          San Antonio, Texas 78240
                          Telephone: (210) 868-6500
                          **ATTORNEYS FOR APPELLEE**

cc:    Sent to all Counsel of Record via Electronic Filing and Service



# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Earl on behalf of David Earl
Bar No. 06343030
dearl@earl-law.com
Envelope ID: 102009746
Filing Code Description: Letter
Filing Description: Letter
Status as of 6/13/2025 4:02 PM CST

Associated Case Party: The State of Texas, ex rel. 1200 S. Old Stagecoach Road, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Megan Earl | 24077729 | megan@earl-law.com | 6/13/2025 3:56:01 PM | SENT |
| David Earl | 6343030 | dearl@earl-law.com | 6/13/2025 3:56:01 PM | SENT |
| Jeffrey Earl | 24120214 | jeff@earl-law.com | 6/13/2025 3:56:01 PM | SENT |
| Johnathan Earl | 24127894 | john@earl-law.com | 6/13/2025 3:56:01 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark Kennedy | 24032498 | MKennedy@seguintexas.gov | 6/13/2025 3:56:01 PM | SENT |
| Jordan Powell | 24087391 | jordan.powell@hayscountytx.gov | 6/13/2025 3:56:01 PM | SENT |
| Shawn Cowles | 24108813 | shawn.cowles3@gmail.com | 6/13/2025 3:56:01 PM | SENT |
| Kelly Higgins | 24028949 | kelly.higgins@hayscountytx.gov | 6/13/2025 3:56:01 PM | SENT |

Associated Case Party: City of Kyle, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patrick CBernal | | pbernal@rampagelaw.com | 6/13/2025 3:56:01 PM | SENT |
| Christy Burke | | ceburke@rampagelaw.com | 6/13/2025 3:56:01 PM | SENT |
| Denton FrankLowell | | lfdenton@rampagelaw.com | 6/13/2025 3:56:01 PM | SENT |